UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RALF SANDRO WESTERMAYER, | CASE NO. C20-839 |
| Plaintiff, | MINUTE ORDER |
| v. | |
| FANNIE MAE et al., | |
| Defendants. | |

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman, United States District Judge:

Plaintiff filed a Notice of Dismissal (Dkt. No. 9), informing the Court that this case was dismissed last month in King County Superior Court. But because this matter was removed to this Court on June 2, 2020 and the order of dismissal in the King County Superior Court was not signed until June 22, 2020, the Court finds the Superior Court did not have jurisdiction to dismiss the case and the dismissal has no effect on this matter. Because it is unclear from Plaintiff's filing whether he seeks to dismiss this matter in this Court, the Court ORDERS Plaintiff to show

1  cause whether he seeks dismissal by filing a notice within 14 days of the date of this Order.

2  Failure to do so will result in the Notice of Dismissal being stricken.

3

4        The clerk is ordered to provide copies of this order to all counsel.

5        Filed July 20, 2020.

6

                              William M. McCool
7                                Clerk of Court

8                                s/Grant Cogswell
                              Deputy Clerk

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

MINUTE ORDER - 2